IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10- |
|---|---|---|
| v. | : | DATE FILED: June 29, 2010 |
| HAKEEN WILLIS<br>ANTHONY OLIVER<br>JERMAINE ROBINSON | :<br>:<br>:<br>:<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 1951(a) (conspiracy to commit robbery which interferes with interstate commerce – 1 count)<br>18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce – 1 count)<br>18 U.S.C. § 924(c)(1) (using and carrying a firearm during and in relation to a crime of violence – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

At all times relevant to this indictment:

1. The New World Spa, located at 1211 Race Street in Philadelphia, Pennsylvania, was a business engaged in and affecting interstate commerce.

### THE ROBBERY CONSPIRACY

2. On or about August 10, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**HAKEEN WILLIS,
ANTHONY OLIVER, and
JERMAINE ROBINSON**

conspired and agreed together to commit robbery, which robbery would unlawfully obstruct,

delay, and affect commerce and the movement of articles and commodities in commerce, in that defendants WILLIS, OLIVER and ROBINSON conspired to unlawfully take and obtain money, and other items of value, from the person and presence of another and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and property, in violation of Title 18, United States Code, Sections 1951(a).

## MANNER AND MEANS

It was part of the conspiracy that defendants HAKEEN WILLIS, ANTHONY OLIVER, and JERMAINE ROBINSON:

3. Planned to rob the New World Spa, located at 1211 Race Street in Philadelphia;

4. Armed themselves with two guns, which they used in the commission of the robbery;

5. Stole approximately $200 United States currency from the business, at least $60 from victims, and a cell phone from one of the victims to prevent him from contacting the police.

## **OVERT ACTS**

In furtherance of the conspiracy and to effect the object of the conspiracy, defendants HAKEEN WILLIS, ANTHONY OLIVER, and JERMAINE ROBINSON: committed the following overt acts, among others, in the Eastern District of Pennsylvania:

1. Defendants HAKEEN WILLIS, ANTHONY OLIVER, and JERMAINE ROBINSON drove to the New World Spa, located at 1211 Race Street, in Philadelphia, Pennsylvania.

2. Defendant JERMAINE ROBINSON approached the entrance to the New World Spa, pushed the buzzer, but was denied access.

3. After a short time, defendant HAKEEN WILLIS approached the entrance to the New World Spa, pushed the buzzer, and, after he was granted access, he entered the New World Spa pretending to be a customer.

4. Defendant ANTHONY OLIVER approached the entrance to the New World spa, pushed the buzzer, and was also granted access. He immediately approached the manager at gunpoint and ordered her to open the door to allow defendant JERMAINE to enter.

5. Defendant HAKEEN WILLIS joined defendants ANTHONY OLIVER and JERMAINE ROBINSON, who together forced employees to remain inside rooms in the building or moved them to other rooms in the building.

6. Defendant HAKEEN WILLIS and JERMAINE ROBINSON stole approximately $200 in United States currency from the business. At gunpoint, defendant ANTHONY OLIVER stole approximately $60 from a customer.

7. Defendants HAKEEN WILLIS, ANTHONY OLIVER, and JERMAINE ROBINSON subsequently confronted an employee on the roof, who unbeknownst to them had called the police to report the robbery. Defendant WILLIS pointed a gun at the employee, demanded that he lay on the ground, and stole a cell phone from the employee.

8. Defendants HAKEEN WILLIS, ANTHONY OLIVER, and JERMAINE ROBINSON attempted to flee but defendant OLIVER was apprehended by officers inside the premises and towards the front of 1211 Race Street; defendant ROBINSON was apprehended in the exterior of 1211 Race Street; and defendant WILLIS was apprehended on the rooftop of a nearby building at 1207 Race Street.

All in violation of Title 18, United States Code, Section 1951(a), (b)(1), and (b), (3).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraph 1, and 3 through 5, and Overt Acts 1 through 8 of Count One of this indictment are incorporated here.

2. On or about August 10, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**HAKEEN WILLIS,
ANTHONY OLIVER, and
JERMAINE ROBINSON**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that, defendants WILLIS, OLIVER, and ROBINSON unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, money belonging to the New World Spa, located at 1211 Race Street in Philadelphia, Pennsylvania, and money belonging to a customer, in the presence of the employees and a customer of that business, and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future to their person and property, that is, by brandishing a handgun, demanding money, and threatening the employees and a customer of the New World Spa.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

      1.    Paragraph 1, and 3 through 5, and Overt Acts 1 through 8 of Count One of this indictment are incorporated here.

      2.    On or about August 10, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**HAKEEN WILLIS,**
**ANTHONY OLIVER, and**
**JERMAINE ROBINSON**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, two handguns, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, conspiracy to commit robbery which interferes with interstate commerce, and robbery which interferes with interstate commerce, in violation of Title 18, United States Code, Sections 1951(a) and 2.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Section 924(c), set forth in this indictment, defendants

**HAKEEN WILLIS,
ANTHONY OLIVER, and
JERMAINE ROBINSON**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of these offenses.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
ZANE DAVID MEMEGER
United States Attorney

*No.* _____

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

HAKEEN WILLIS
ANTHONY OLIVER
JERMAINE ROBINSON

---

INDICTMENT

Counts

**18 U.S.C. § 1951(a) (conspiracy to commit robbery which interferes with interstate commerce – 1 count)
18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce – 1 count)
18 U.S.C. § 924(c)(1) (using and carrying a firearm during and in relation to a crime of violence – 1 count)
18 U.S.C. § 2 (aiding and abetting)**

---

A true bill.

-----------------------------------------
Foreman

---

Filed in open court this _____ day,

of _____ A.D. 20 _____

-----------------------------------------
Clerk

---

Bail, $ _____

-----------------------------------------